# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: June 20, 2013

Official Caption[1]

2013-1432

SPACECO BUSINESS SOLUTIONS, INC.,

Plaintiff-Appellant,

v.

MASS ENGINEERED DESIGN INC.,
and JERRY MOSCOVITCH,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado in case no. 12-CV-2029, Judge R. Brooke Jackson.

Authorized Abbreviated Caption[2]

SPACECO BUSINESS SOLUTIONS V MASS ENGINEERED DESIGN, 2013-1432

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.